*Ernest J. Cotnoir*, in opposition.

Decided December 13, 2002

CHESTER LISIEWSKI *v.* JOHN A. SEIDEL ET AL.

*Ernest J. Cotnoir*, in support of the petition.

*Beth A. Steele*, in opposition.

Decided December 13, 2002

JOHNSON ELECTRIC COMPANY, INC. *v.* SALCE
CONTRACTING ASSOCIATES, INC.

*Paul A. Sobel*, in support of the petition.

*Maximino Medina, Jr.*, and *Anthony R. Minchella*, in opposition.

Decided December 13, 2002

DOCTOR'S ASSOCIATES, INC. *v.*
DANIEL KEATING ET AL.

The Supreme Court docket number is SC 16881.

*Brenden P. Leydon*, in support of the petition.

Decided December 13, 2002

## FRANK FRANC ET AL. *v.* BETHEL HOLDING COMPANY ET AL.*

The Supreme Court docket number is SC 16882.

*Jerome A. Mayer*, in support of the petition.

Decided December 13, 2002

## STATE OF CONNECTICUT *v.* SCOTT SMITH

*John A. Connelly*, state's attorney, in support of the petition.

*Richard Emanuel* and *John J. Kelly*, in opposition.

Decided December 13, 2002

* The appeal was withdrawn October 21, 2003.